JAMES L. PORTER, JR. – SBN 2264
PETER H. CUTTITTA – SBN 3050
RAVN R. WHITINGTON – SBN 13419
**PORTER SIMON**
Professional Corporation
675 Sierra Rose Drive, Ste. 120
Reno, Nevada 89511
Telephone:    (775) 322-6767
Facsimile:    (530) 587-1316
email: porter@portersimon.com
Attorneys for ROBERT J. HASSETT

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re Patricia G. Olson ) | CASE NO: 17-50081-btb |
| ) | |
| Debtor. ) | CHAPTER 13 |
| ) | |
| ) | Hearing Date: May 18, 2017 |
| ) | Hearing Time: 1:30 p.m. |

### JOINDER TO MOTION TO SELL REAL PROPERTY

COMES NOW ROBERT J. HASSETT (hereinafter "Mr. Hassett") by and through his attorney of record, the law firm of Porter Simon Professional Corporation, and hereby joins in the Motion to Sell Real Property in the above-captioned matter.

This Joinder to Motion to Sell Real Property is made and based upon the pleadings and papers on file herein, the Motion to Sell Assets Free and Clear of Liens and related Points and Authorities submitted by the Darby Law Practice, Ltd., and any oral argument the Court permits at the hearing on this matter.

### MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Hassett is in contract to purchase the two properties ("Subject Properties") of the Debtor for the combined amount of Three Million Dollars ($3,000,000.00), which Mr. Hassett

PORTER-SIMON, P.C.
675 Sierra Rose Dr., Ste 120.
Reno, NV 89511
Telephone: (775) 622-6767

{00658657.DOC 1 }

Page 1
JOINDER TO MOTION TO SELL REAL PROPERTY

believes is the fair market value of the Subject Properties which both require substantial repairs and upgrades due to deferred maintenance. Selling the Subject Properties allows the Debtor to pay her debts.

Mr. Hassett joins the Motion to sell the Subject Properties provided the sale is free and clear of all liens, claims and encumbrances, with the exception of certain tenant leases, and specifically that the sale is expressly free and clear of Mr. Cody Bass' lease agreement and any other interests in the Subject Properties claimed by Mr. Bass.

WHEREFORE, Mr. Hassett joins in the Motion to Sell Real Property

DATED: April 26, 2017

**PORTER SIMON**
A Professional Corporation

_____
JAMES L. PORTER, JR.
Attorneys for Robert J. Hassett

PORTER-SIMON, P.C.
675 Sierra Rose Dr., Ste 120.
Reno, NV 89511
Telephone: (775) 622-6767

{00658657.DOC 1}         Page 2
JOINDER TO MOTION TO SELL REAL PROPERTY

# CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1. On April 26, 2017 I served the following document: JOINDER TO MOTION TO SELL REAL PROPERTY.

2. I served the above-named document by the following means to the persons listed below:
   <u>VIA ECF</u>:

   WILLIAM A. VAN METER
   c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com

   SETH J. ADAMS on behalf of Creditor CODY BASS
   sadams@woodburnandwedge.com

   PETER H CUTTITTA on behalf of Attorney PORTER SIMON, PC
   cuttitta@portersimon.com

   DONNA T PARKINSON on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
   donna@parkinsonphinney.com

   AMY N. TIRRE on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
   amy@amytirrelaw.com, admin@amytirrelaw.com

   GREGORY L. WILDE on behalf of Creditor WELLS FARGO BANK, N.A.
   nvbk@tblaw.com, gwaring@tblaw .com:llcano@tblaw .com:klgamboa@tblaw .com

3. Via U.S. Mail to: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: April 26, 2017

<u>REBECCA M. REICH</u>                                        _____
Name of Declarant                                             An employee of Porter Simon, PC

PORTER-SIMON, P.C.
675 Sierra Rose Dr., Ste 120.
Reno, NV 89511
Telephone: (775) 622-6767

{00658657.DOC 1 }                         Page 3
                       JOINDER TO MOTION TO SELL REAL PROPERTY

```
Label Matrix for local noticing         PORTER SIMON, PC                        (p)US BANK
0978-3                                  40200 TRUCKEE AIRPORT RD, STE 1         PO BOX 5229
Case 17-50081-btb                       TRUCKEE, CA 96161-3307                  CINCINNATI OH 45201-5229
District of Nevada
Reno
Wed Apr 26 08:59:23 PDT 2017

United States Bankruptcy Court          Bruce Grego                             Cbe Group
300 Booth Street                        2262 Barton Ave                         Acct No xxxxxx7611
Reno, NV 89509-1360                     South Lake Tahoe, CA 96150-3408         1309 Technology Pkwy
                                                                                Cedar Falls, IA 50613-6976


Chase Card                              Chase Card                              Credit Coll
Acct No xxxxxxxxxxxx2886                Acct No xxxxxxxxxxxx6382                Acct No xxxx4726
Po Box 15298                            Po Box 15298                            Po Box 607
Wilmington, DE 19850-5298               Wilmington, DE 19850-5298               Norwood, MA 02062-0607


Edward M. Fitzgerald                    Edward M. Fitzgerald                    (p)INTERNAL REVENUE SERVICE
Marriott Ownership Resorts, Inc.        Marriott Resorts Hospitality Corporation CENTRALIZED INSOLVENCY OPERATIONS
Post Office Box 8038                    Post Office Box 8038                    PO BOX 7346
Lakeland, FL 33802-8038                 Lakeland, FL 33802-8038                 PHILADELPHIA PA 19101-7346


MORTGAGE LENDER SERVICES INC.           Marriott Ownership Res                  Marriott Ownership Resorts, Inc.
Acct No 129097-1                        Acct No xxxxx8896                       P.O. Box 8038
11707 FAIR OAKS BLV. STE 202            1200 Us Highway 98 S Ste                Lakeland, FL 33802-8038
Fair Oaks, CA 95628-2848                Lakeland, FL 33801-5901


Marriott Resorts Hospitality Corporation Michael Millward                       Robert J. Hassett
Post Office Box 8038                    Heritage Law Group, P.C.                c/o James L. Porter, Jr.
Lakeland, FL 33802-8038                 1625 Highway 88, Suite 304              Porter Simon, PC
                                        Minden, NV 89423-4625                   40200 Truckee Airport Road
                                                                                Truckee, CA 96161-3307


US Bank                                 Wells Fargo Bank, N.A.                  (p)WELLS FARGO BANK NA
C/O DONNA PARKINSON                     Default Document Processing             WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
PARKINSON PHINNEY                       N9286-01Y                               ATTN BANKRUPTCY DEPT MAC X7801-014
400 CAPITOL MAILL, SUITE 2560           1000 Blue Gentian Road                  3476 STATEVIEW BLVD
Sacramento, CA 95814                    Eagan, MN 55121-7700                    FORT MILL SC 29715-7203


CODY BASS                               KEVIN A. DARBY                          PATRICIA G. OLSON
C/O WOODBURN & WEDGE / SETH ADAMS       DARBY LAW PRACTICE, LTD.                275 NEIGHBORHOOD WAY #107
6100 NEIL RD, STE 500                   4777 CAUGHLIN PKWY                      SPARKS, NV 89441-9305
RENO, NV 89511-1159                     RENO, NV 89519-0906


ROBERT J. HASSETT                       WILLIAM A. VAN METER
C/O JAMES L. PORTER                     POB 6630
40200 TRUCKEE AIRPORT ROAD              RENO, NV 89513-6630
TRUCKEE, CA 96161-3307
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>555 SW OAK ST, STE 600-P<br>PORTLAND, OR 97204 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | (d)U.S. Bank National Association<br>Attn: Scott Busch<br>555 SW Oak Street, Suite 600-P<br>Portland, OR 97204 |

Wells Fargo Hm Mortgag
Acct No xxxxxxxxx8486
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A.

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26