DONNA T. PARKINSON (CA SB # 125574) (pro hac vice)     E-Filed: May 2, 2017
PARKINSON PHINNEY
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone (916) 449-1444
Facsimile: (916) 449-1440
E-mail: donna@parkinsonphinney.com

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail: amy@amytirrelaw.com

Counsel for U.S. Bank, N.A., secured creditor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>PATRICIA G. OLSON,<br><br>              Debtor. | Case No. BK-N-17-50081-BTB<br><br>Chapter 13<br><br>**RESPONSE OF U.S. BANK, N.A., IN SUPPORT OF MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. SECTION 363**<br><br>Hearing Date: May 18, 2017<br>Hearing Time: 1:30 p.m. |

     U.S. Bank, N.A. ("Secured Lender") hereby provides this Response in Support of the motion ("Motion") of Patricia G. Olson ("Debtor"), to sell the property located at 3443 Lake Tahoe Boulevard, South Lake Tahoe ("Property"). U.S. Bank supports the Debtor's Motion as being in the

///

///

///

1

1  best interest of the estate and creditors.  The Motion should be approved permitting Debtor to sell
2  the Property free and clear of disputed liens and interests.

3      DATED May 2, 2017.

LAW OFFICES OF AMY N. TIRRE
A Professional Corporation

/s/ Amy N. Tirre
AMY N. TIRRE, ESQ.

And

PARKINSON PHINNEY

By: /s/ Donna Parkinson
Donna Parkinson, Counsel for Secured Lender

2

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, APC, that I am over the age of 18 and not a party to the above-referenced case, and that on May 2, 2017 I filed and served the foregoing **RESPONSE OF U.S. BANK, N.A., IN SUPPORT OF MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. SECTION 363** as indicated:

__X__        **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- SETH J. ADAMS    sadams@woodburnandwedge.com
- PETER H CUTTITTA    cuttitta@portersimon.com, reich@portersimon.com
- KEVIN A. DARBY    kad@darbylawpractice.com, itati@darbylawpractice.com;haylee@darbylawpractice.com;tricia@darbylawpractice.com;jill@darbylawpractice.com
- CHRIS D NICHOLS    nichols@mindenlawyers.com, Mary@Mindenlawyers.com;helena@renolaw.biz;fileclerk@renolaw.biz;cnichols@renolaw.biz;norma@renolaw.biz;ellie@renolaw.biz
- DONNA T PARKINSON    donna@parkinsonphinney.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- WILLIAM A. VAN METER    c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com
- THOMAS T. WATSON    twatson@cityofslt.us
- GREGORY L. WILDE    nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

_____        **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via Reno/Carson Messenger Service to the persons at the addresses set forth below.

___        **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 2 May 2017, with postage thereon fully prepaid in the ordinary course of business.

DATED May 2, 2017.

                                          /s/ Genevieve DeLucchi
                                   An Employee of Law Offices of Amy N. Tirre, APC