KEVIN A. DARBY, ESQ. (NV SB#7670)
TRICIA M. DARBY, ESQ. (NV SB#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kad@darbylawpractice.com
       tricia@darbylawpractice.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

PATRICIA G. OLSON,

    Debtor.

_____/

CASE NO.:   BK-N-17-50081-BTB
Chapter 13

**SECOND DECLARATION OF PATRICIA G. OLSON IN SUPPORT OF VARIOUS PENDING MOTIONS**

Hearing Date: May 18, 2017
Hearing Time: 3:00 p.m.

Debtor, Patricia G. Olson, under penalty of perjury states as follows:

1. I am 92-years old and legally blind. I live in an assisted living facility in Sparks, Nevada.

2. I am the legal and record title owner of 949 Bal Bijou Road and 3443 Lake Tahoe Blvd.

3. 3443 Lake Tahoe Blvd. is encumbered by a first priority deed of trust securing a loan owed by the Debtor to U.S. Bank with an outstanding balance of approximately $765,000.00 (the "U.S. Bank Loan").

4. On August 15, 2016, U.S. Bank recorded a Notice of Default in the Official Record of the El Dorado County Recorder related to the U.S. Bank Loan.

5. On December 9, 2016, U.S. Bank recorded a Notice of Sale in the Official Record of the El Dorado County Recorder, which set an initial foreclosure sale date of January 17, 2017.

///

6. U.S. Bank agreed to extend the foreclosure sale to February 1, 2017, but otherwise indicated that it intended to proceed with a foreclosure sale on that date.

7. On January 31, 2017, the day before the U.S. Bank foreclosure, I filed this case, thereby triggering the provisions of 11 U.S.C. §362 and staying U.S. Bank's foreclosure efforts.

8. Had this case not been filed on January 31st, U.S. Bank would have foreclosed on 3443 Lake Tahoe Blvd. the next day on February 1st, 2017. Both 3443 Lake Tahoe Blvd and 949 Bal Bijou Road are encumbered by a Federal Income Tax lien in favor of the IRS in the amount of $41,485.96.

9. At times prior to the filing of this case, my son, Patrick Olson, acted and served as my attorney-in-fact. In doing so, Patrick managed most of my financial affairs, which included the management of 949 Bal Bijou Road and 3443 Lake Tahoe Blvd. Patrick's duties included obtaining leases for the properties, collecting rents and paying all expenses, such as the secured mortgage payment to U.S. Bank, real property taxes and insurance premiums.

10. In 2012, Patrick Olson, through Olson Bijou Center L.P., leased space at 3443 Lake Tahoe Blvd. to Cody Bass.

11. There is no signed lease agreement between Mr. Bass and me. However, the terms of the agreement reached between Patrick Olson and Cody Bass are accurately set forth in that certain Retail Space Lease Agreement attached to the my first Declaration (Dkt. No. 40) as Exhibit 1.

12. On or about February 4, 2016, myself, Olson Bijou Center, L.P. and Cody Bass entered in an Option Agreement, pursuant to which Mr. Bass acquired an option to purchase 949 Bal Bijou Road and 3443 Lake Tahoe Blvd. for a total purchase price of $4,200,000 (the "Bass Option Agreement"). The Bass Option Agreement provides for seller carried financing. A copy of the Bass Option Agreement is attached to my first declaration (Dkt. No. 40) as Exhibit 3.

13. Pursuant to section 4 of the Bass Option Agreement, Mr. Bass's right to purchase the properties ***expired at midnight on March 3, 2016***, after Mr. Bass failed to fully and completely exercise his and close escrow on his purchase of the subject properties.

14. On March 3, 2016, the day the Bass Option Agreement expired, Cody Bass visited me at my assisted living facility and asked me to sign papers. My attorney advised me to not sign anything from Mr. Bass. I do not understand what I may have signed with Mr. Bass on March 3, 2016. I believe

he misled me into signing something.

15. I wish to end any involvement with Mr. Bass and his illegal business. I do not want to use money from Mr. Bass to fund my Chapter 13 Plan. I don't want to sell my property to Mr. Bass and do not want to finance his purchase of 3343 Lake Tahoe Blvd. I wish only to terminate any dealings with Mr. Bass and to sell my property and pay my creditors in full.

DATED this 11th day of May, 2017.

*/s/ Patricia G. Olson*

_____
PATRICIA G. OLSON