LAW OFFICES OF J. CRAIG DEMETRAS
J. Craig Demetras
State Bar No. 4246
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600 Telephone
(775) 348-9315 Facsimile

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:                                              Case No. BK-N-17-50081-BTB

                                                    Chapter 13

PATRICIA G. OLSON                    **EX PARTE MOTION TO DISMISS**

                                                    No hearing required
                Debtor.
_____/

    Debtor, Patricia G. Olson, by and through her attorney, J. Craig Demetras of the Law Offices of J. Craig Demetras, hereby moves to dismiss the above entitled Chapter 13 case pursuant to 11 U.S.C. 1307(b). On behalf of her request, the Debtor represents as follows:

    1. The Chapter 13 petition was filed on January 30, 2017.

    2. Section 1307(b) provides as follows:

        On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

1

This case has not been previously converted; therefore, Debtor respectfully requests the Court to enter an order dismissing this Chapter 13 bankruptcy case.

Dated this 7th day of June, 2018.

Patricia G. Olson
Debtor

The Law Offices of J. Craig Demetras

/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

2